

**Attorneys At Law**

## GEORGE W. WRIGHT & ASSOCIATES, LLC

George W. Wright*
Narinder S. Parmar*

April 17, 2019

**VIA ECF**

Hon. Vincent L. Briccetti, U.S.D.J.
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 620
White Plains, NY 10601-4150

Re:   **Chaim Herman a/k/a Charles Herman v. Federal Express Corporation, Fedex Ground, Fedex Corporation
Civil Action No. 7:19-CV-02816(VB)**

Honorable Sir:

We are counsel for defendants Federal Express Corporation, Fedex Ground, Fedex Corporation and write to advise the Court that defendants have agreed with plaintiff to withdraw their Rule 12 dismissal motion as a result of plaintiff filing an Amended Complaint (Doc. 9) on April 15, 2019.

We thank you for your attention and consideration.

Respectfully submitted,

*George W. Wright*
George W. Wright

GWW:ds

cc.   Chaim Herman a/k/a Charles Herman (Via Regular Mail)

*New Jersey*
505 Main Street
Hackensack, NJ 07601
T 201.342.8884
F 201.343.8869

*New York*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
www.wright-associate.com

*Member NJ & NY Bars