USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM HERMAN AKA CHARLES HERMAN; ESTEEM PRODUCTIONS, LLC,

Plaintiffs,

- against-

FEDEX FREIGHT,

Defendant.

Civil Action No.
7:19-cv-02816 (VLB)(PED)

**STIPULATION AND ORDER OF DISMISSAL**

This matter having been settled,

IT IS HEREBY STIPULATED AND AGREED by the undersigned representative of plaintiffs, CHAIM HERMAN AKA CHARLES HERMAN and ESTEEM PRODUCTIONS, LLC, and counsel for defendant, FEDEX FREIGHT, that all claims that are, or could have been asserted in this action, be and hereby are discontinued with prejudice and without fees or costs to any party, and

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed and filed in counterparts, and

IT IS FURTHER STIPULATED AND AGREED, that an Order to this effect may be entered without further notice.

Dated: July 25, 2019

CHAIM HERMAN, Individually and as President of ESTEEM PRODUCTIONS, LLC

GEORGE W. WRIGHT & ASSOCIATES, LLC
Attorneys for Defendant

BY: George W. Wright

GEORGE W. WRIGHT
88 Pine Street, 7th Floor
New York, NY 10005
(201) 342-8884

The Clerk shall close this case and mail a copy of this Order to plaintiff at the address on the docket.

SO ORDERED:

HON. VINCENT L. BRICCETTI, U.S.D.J.
July 26, 2019